UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ELLIE HARFOUCHE,<br><br>         Plaintiff,<br><br>vs.<br><br>STARS ON TOUR, INC., et al.,<br><br>         Defendants. | 2:13-cv-00615-LDG-NJK<br><br>**O R D E R** |

Before the Court is Defendant Joseph Rahi's Demand for Security of Costs. Docket No. 12. The Court has considered Defendant Rahi's Demand, Docket No. 12, and Defendant Joseph Rahi's Reply, Docket No. 17. On August 27, 2013, the Court ordered Plaintiff to file a response by August 30, 2013. Docket No. 13. To date, no response has been filed. The Court finds that this motion is properly resolved without oral argument. *See* Local Rule 78-2.

**DISCUSSION**

LR 7-2 provides that, "[t]he failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." LR 7-2(d). Plaintiff has not filed any opposition and, therefore, the Court concludes that Plaintiff consents to the granting of Defendant Rahi's Motion.

Additionally, it is the policy of the United States District Court for the District of Nevada to enforce the requirements of NRS 18.130 in diversity actions. *Feagins v. Trump Org.*, 2012 WL 925027, \*1 (D. Nev. Mar. 19, 2012); *citing Hamar v. Hyatt Corp.,* 98 F.R.D. 305, 305–306 (D.Nev.1983); *Arrambide v. St. Mary's Hosp., Inc.,* 647 F.Supp. 1148, 1149 (D.Nev.1986). The

present case is a diversity action. *See* Complaint, Docket No. 1, at 1.  Therefore, Plaintiff is required to provide security in the amount of $500 per defendant, pursuant to NRS 18.130. *See Feagins*, 2012 WL 925027, *1; *see also Truck Ins. Exchange v. Tetzlaff,* 683 F.Supp. 223, 227 (D.Nev.1988).

## **CONCLUSION**

Based on the foregoing, and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant Joseph Rahi's Demand for Security of Costs (#12) is GRANTED.

DATED this   5th   day of September, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge