UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| ELLIE HARFOUCHE, | ) | |
| | ) | |
| Plaintiff, | ) | 2:13-cv-00615-LDG-NJK |
| vs. | ) | |
| HAIFA WEHBE, et al., | ) | **O R D E R** |
| | ) | |
| Defendants. | ) | |

Before the Court is Plaintiff's Cross Motion to Stay, Docket No. 24. The Court finds that this motion is properly resolved without oral argument. *See* Local Rule 78-2.

Plaintiff requests that this action be stayed in its entirety pending the resolution of a motion to reopen a case in New Jersey. Plaintiff has not articulated how her motion, which appears to be more of a notice, meets the standards for granting a stay. Additionally, Plaintiff has not cited any points or authorities whatsoever. Pursuant to LR 7-2(b), the failure of a moving party to file points and authorities in support of the motion shall constitute a consent to the denial of the motion.

Accordingly, based on the foregoing, and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's Cross Motion to Stay (#24) is DENIED without prejudice.

DATED this   26th   day of September, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge