UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ELIE HARFOUCHE,

     Plaintiff,

v.

STARS ON TOUR, INC., *et al*.,

     Defendants.

Case No. 2:13-cv-00615-LDG (NJK)

**ORDER**

     By Notice of December 17, 2013, the Clerk of the Court notified the plaintiff that more than 120 days had passed since the complaint in this matter was filed, and that plaintiff had yet to file proof of service on Youssef Harb.  The Clerk further notified the plaintiff that this action would be dismissed as to Harb if proof of service was not filed by January 16, 2014.  A review of the docket establishes that the plaintiff has not filed proof that the complaint and summons was served on Harb.  Accordingly,

     THE COURT **ORDERS** that Youssef Harb is DISMISSED without prejudice.

DATED this _____ day of March, 2014.

_____
Lloyd D. George
United States District Judge