1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ELIE HARFOUCHE,                          )
                                          )        Case No. 2:13-cv-00615-LDG-NJK
                    Plaintiff(s),         )
                                          )
vs.                                       )        ORDER DENYING PROPOSED
                                          )        DISCOVERY PLAN (Docket No. 63)
HAFIA WEHBE, et al.,                      )
                                          )
                    Defendant(s).         )
_____ )

13          Pending before the Court is a proposed discovery plan (Docket No. 63) which, for the reasons set

14   forth below, is DENIED without prejudice.  First, the plan must state the number of days required for

15   discovery.  The parties fail to do so.  Second, Local Rule 26-1(e)(1) establishes 180 days, measured from

16   the date the first defendant answers or otherwise appears, as a presumptively reasonable time to complete

17   discovery.  Where more than 180 days of discovery are sought, the proposed discovery plan must state on

18   its face, "SPECIAL SCHEDULING REVIEW REQUESTED" and provide an explanation why the parties

19   believe additional time is required.  Local Rule 26-1(d).  In this case, Defendant answered on July 23, 2014.

20   Docket No. 60.  However, the proposed discovery plan requests a longer discovery period than 180 days

21   without complying with Local Rule 26-1.  Accordingly, the proposed discovery plan is hereby **DENIED**.

22   The parties shall submit a revised discovery plan no later than October 9, 2014, that complies with the

23   Local Rules.

24          IT IS SO ORDERED.

25          DATED: October 2, 2014

26

27   _____
     NANCY J. KOPPE
28   United States Magistrate Judge