MARC A. KARLIN, ESQ.  Cal. SBN 137558
**KARLIN & KARLIN**
A Professional Law Corporation
3701 Wilshire Boulevard, Suite 1035
Los Angeles, California  90010
Telephone:	(213) 365-1555
Facsimile:	(213) 383-1166
E-mail:	mkarlin@karlaw.com
*Pro Hac Vice*

CHRIS RASMUSSEN, ESQ.
**RASMESSEN & KANG**
330 S. Third Street, Suite 1010
Las Vegas, NV 89101
Telephone:	(702) 464-6007
Facsimile:	(702) 464-6009
E-mail:	chris@rasmussenkang.com

*ATTORNEYS FOR DEFENDANT
HAIFA WEHBE*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELIE HARFOUCHE, | CASE NO.: 2:13-cv-00615-LDG-NJK |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS (Corrected)** |
| vs. | |
| HAIFA WEHBE, YOUSSEF HARB, STARS ON TOUR, INC., MAROUN ABIAAD, LA VEDETTE PRODUCTIONS, INC., and JOSEPH RAHI, | **(First Request)** |
| Defendants. | |

–1–

**TO THE COURT:**

**COME NOW THE PARTIES TO THIS ACTION,** by and through their respective counsel of record, and hereby stipulate and agree as follows:

1. The parties wish to extend the deadline for filing of dispositive motions, currently set for April 22, 2015, to May 6, 2015.
2. This is the first request for an extension of this date.
3. Defendant Haifa Wehbe has requested the aforementioned extension of time as her counsel, Marc Karlin, is currently engaged with a family medical situation.

Date: April 20, 2015

        KARLIN & KARLIN
        A PROFESSIONAL LAW CORP.

        /s/ Marc Karlin
By,_____
MARC A. KARLIN
3701 Wilshire Blvd., Suite 1035
Los Angeles, CA 90010
*Attorneys for Defendant Haifa Wehbe*

Date:        BALLON STOLL BADER & NADLER, P.C.

        /s/ Courtney A. DeBlis
By,_____
COURTNEY A. DEBLIS
729 Seventh Ave., 17th Floor
New York, NY 10019
*Attorneys for Plaintiff Elie Harfouche*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Date: April 21, 2015