# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ELIE HARFOUCHE,<br><br>          Plaintiff(s),<br><br>vs.<br><br>HAIFA WEHBE, et al.,<br><br>          Defendant(s). | Case No. 2:13-cv-00615-LDG-NJK<br><br>ORDER DENYING WITHOUT PREJUDICE STIPULATION TO EXTEND<br><br>(Docket No. 76) |

Pending before the Court is the parties' stipulation, filed on May 5, 2015, to extend the deadline to file dispositive motions. Docket No. 76. The current dispositive motion deadline, May 6, 2015, expired one day after the parties filed their stipulation. *See* Docket No. 73 at 2. Parties must request extensions to deadlines in the scheduling order at least 21 days before they are set to expire. Local Rule 26-4. When parties fail to timely request an extension of the deadlines subject to their request, they must establish excusable neglect for the extension sought. *See, e.g.*, Local Rule 26-4. The parties fail to address (let alone establish) excusable neglect in the pending stipulation. Accordingly, the stipulation (Docket No. 76) is hereby **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: May 7, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge