# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ELIE HARFOUCHE, | )<br>) |
| Plaintiff(s), | )  Case No. 2:13-cv-00615-LDG-NJK<br>) |
| vs. | )  ORDER<br>) |
| HAIFA WEHBE, et al., | )  (Docket No. 80)<br>) |
| Defendant(s). | )<br>) |

Pending before the Court is Defendant's motion for an extension of time to file dispositive motions.  Docket No. 80.  The Court has considered Defendant's motion and Plaintiff's response. Docket Nos. 80, 83.  For the reasons discussed below, Defendant's motion for an extension (Docket No. 80) is hereby **GRANTED**.

The deadline for filing dispositive motions in this case was May 6, 2015.  Docket No. 73, at 2. On May 5, 2015, the parties filed stipulation to extend the deadline to file dispositive motions. Docket No. 76.  The Court denied without prejudice the parties' stipulation for failing to address excusable neglect.[1]  Docket No. 77.

On May 18, 2015, Defendant filed the pending motion for an extension.  Docket No. 80. Defendant represents that excusable neglect exists to extend the dispositive motion deadline to May 27, 2015, because he is "scheduled to contend during the week of May 18, 2105 with the family

---

[1] Parties must request extensions to deadlines in the scheduling order at least 21 days before they are set to expire. Local Rule 26-4. When parties fail to timely request an extension of the deadlines subject to their request, they must establish excusable neglect for the extension sought. *See, e.g.*, *id*.

1  medical situation referenced in the Stipulation of April 20, 2105." Docket No. 80, Karlin Decl. at ¶ 19.

Plaintiff filed a response on May 20, 2015. Docket No. 83. Plaintiff does not oppose extending the deadline to file dispositive motions to May 27, 2105. *Id.*, at 3-4. However, Plaintiff requests that the Court also hold Defendant's forthcoming motion for summary judgment in abeyance pending the resolution of Plaintiff's motion to compel. *Id.*, at 3. Alternatively, Plaintiff requests "that the Court craft an alternative resolution that will extend Plaintiff's deadline to file responsive papers until such time as Defendant fulfills her discovery obligations." *Id.*, at 3. Plaintiff's requests are not properly brought before the Court, and are premature. As such, Plaintiff's requests are **DENIED** without prejudice.

The Court finds good cause and excusable neglect exist to extend the deadline to file dispositive motions. Accordingly, Defendant's motion to extend (Docket No. 80) is hereby **GRANTED**.

IT IS SO ORDERED.

DATED: May 21, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge

- 2 -