UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ELIE HARFOUCE, | ) |
| | ) |
| Plaintiff(s), | ) Case No. 2:13-cv-00615-LDG-NJK |
| | ) |
| vs. | ) ORDER |
| | ) |
| HAIFA WEHBE, et al., | ) (Docket No. 100) |
| | ) |
| Defendant(s). | ) |

Pending before the Court is Plaintiff's motion for Plaintiff's counsel to appear telephonically for a hearing on Plaintiff's motion to compel. Docket No. 100. On May 20, 2015, Plaintiff filed a motion to compel. Docket No. 84. On July 20, 2015, the Court set a hearing on Plaintiff's motion for August 7, 2015. Docket No. 94. On July 22, 2015, the Court continued this hearing to the date requested by the parties, August 13, 2015. Docket Nos. 95, 96. The parties' stipulation to continue represented that both parties' counsel were available on that date for the hearing. Docket No. 95. Based on the parties' representations, the Court set aside time for a hearing on Plaintiff's motion to compel.

Nearly three weeks after the hearing date was set and less than 48 hours before the hearing is scheduled to commence, Plaintiff filed the pending motion to appear telephonically to argue his own motion to compel. Docket No. 100. Plaintiff's counsel represents that she is located in New York, New York and does not want to incur fees and costs by traveling to Las Vegas, Nevada to appear in person. *Id.* Plaintiff's counsel provides no reason why she failed to secure airfare or make

1  travel plans for this hearing almost three weeks ago when the parties filed a stipulation specifically
2  asking the Court to set this hearing on August 13. 2015.  Plaintiff cites solely to a State of Nevada
3  Supreme Court rule, which is inapplicable to procedure in this Court.
4        Plaintiff's counsel has therefore failed to establish good cause for the requested relief.
5  Accordingly, Plaintiff's motion for Plaintiff's counsel to appear telephonically (Docket No. 100) is
6  hereby **DENIED**.
7        The Court also notes that counsel and their staff are prohibited from making *ex parte*
8  communications with the Court.  *See, e.g.*, Local Rule 7-6(a).  As such, all counsel, along with their
9  staff, shall refrain from calling chambers.  The Court further reminds the parties and counsel that
10 they must abide by all local rules and court orders, and that failure to do so may result in severe
11 sanctions.  *See, e.g.*, Local Rule IA 4-1.
12       IT IS SO ORDERED.
13       DATED: August 11, 2015

                                NANCY J. KOPPE
                                United States Magistrate Judge